IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA

v.  CASE No: 5:19-CR-68-TKW-MJF

JOAQUIN HERRERA
_____/

## STATEMENT OF FACTS

The Defendant admits that, if this case were to proceed to trial, the Government could prove the following facts beyond a reasonable doubt.

On May 1, 2019, the Bay County Sheriff's Office (BCSO) received a report that a child had been molested. Eight-year-old K.H. disclosed that the previous Sunday (April 28, 2019) an adult male neighbor had her undress to try on a swimsuit and took photos of her exposed vaginal area, which he touched, while in his apartment. The man and the apartment were known to her, as one of her friends (later identified as N.R., age six) lived in that apartment. K.H. was forensically interviewed and made a consistent statement. She described the man in detail and the cellular phone he used to photograph her. Through investigation, it was determined the neighbor was Joaquin Herrera. BCSO showed K.H. a photo of Herrera and she confirmed he was the assailant.

FILED IN OPEN COURT THIS
*[signature]* 9-3-2020
CLERK, U.S. DISTRICT
COURT, NORTH DIST. FLA

BCSO obtained a state search warrant for Herrera's apartment. BCSO initially encountered an adult female, six-year old N.R., and eleven-year-old A.H. Herrera arrived shortly thereafter. A Samsung cellular telephone, which was manufactured outside the State of Florida, was found on his person and seized. Eleven additional electronic devices were recovered. In a post-*Miranda* interview, Herrera admitted having contact with K.H. but denied the allegation. Herrera was arrested for molestation of K.H. He bonded out of state custody soon after.

On May 6, 2019, BCSO obtained a search warrant for the content of the electronic devices. As BCSO began analyzing, they initially did not recover items of evidentiary value. On May 13, when BCSO began searching the phone recovered from Herrera's pocket, a video of Herrera sexually molesting a child who was not K.H. was recovered. BCSO immediately stopped reviewing the phone and went to arrest Herrera on the new charge to ensure the safety of the newly discovered child, who BCSO believed to be N.R. N.R.'s mother later identified her from the clothing worn in one of the recovered images.

Herrera was located at a different apartment complex and attempted to flee from BCSO. He was apprehended and arrested for the molestation of N.R. During a post-*Miranda* interview, Herrera confessed to taking pictures of his molestation of N.R.

Further review of the cellular phone's contents revealed videos and images of Herrera also molesting A.H. In a forensic interview, A.H. disclosed the acts which were captured on Herrera's phone.

The following were obtained from the completed forensic analysis of Herrera's cellular phone:

| Images/Video | Date | Victim |
|---|---|---|
| Video of Herrera exposing the child's genitals on a bed, wiped her vagina with a rag, pulled the bedsheet over her face, and masturbated next to the child's exposed vagina for over a minute. | Creation date: April 3, 2019 | N.R. |
| Two videos and one image of Herrera rubbing his penis on the child's exposed vagina and exposing her vagina and anus to the camera. | Creation date: April 5, 2019 | A.H. |
| Three images of a child wearing unicorn underwear pulled to the side by a male hand, pulled her vagina, and then digitally penetrate the child. | Creation date: April 22, 2019 | N.R. |
| Five images of an adult male (Herrera) pulling a child's bathing suit bottom to the side, expose her vagina, and then molest her. | Creation date: April 28, 2019 | K.H. |
| Nine images and one video of child sexual abuse material which Herrea downloaded in April 2019. | Recovered from the cellular telephone phone in Herrera's possession. | Unknown to date |

3

## ELEMENTS

## COUNTS ONE, TWO, THREE, and FOUR (18 U.S.C. § 2251(a))
### Production of Child Pornography

(1) an actual minor, that is, a real person who was less than 18 years old, was depicted;

(2) the Defendant employed, used, persuaded, induced, enticed, or coerced the minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of the conduct; and

(3) the visual depiction was produced using materials that had been mailed, shipped, or transported in interstate or foreign commerce by any means, including by computer.

## COUNT FIVE (18 U.S.C. § 2252A(a)(5))
### Possession of Child Pornography

(1) the Defendant knowingly possessed and had access with intent to view items of child pornography, which included at least one image depicting a prepubescent minor or a minor who had not attained 12 years of age;

(2) the items of child pornography were produced using materials that had been transported and shipped in interstate or foreign commerce; and

(3) when the Defendant possessed and had access to the items, the Defendant believed the items were/contained child pornography.

4

_____
TIM HALSTROM
Attorney for Defendant

_8-26-2020_____
Date

_____
JOAQUIN HERRERA
Defendant

_8-26-2020_____
Date

LAWRENCE KEEFE
United States Attorney

_____
MICHELLE SPAVEN
Assistant United States Attorney
Florida Bar No. 0640761
Northern District of Florida
1001 East Business Hwy 98, Ste 200
Panama City, FL 32401
(850) 767-5006
michelle.spaven@usdoj.gov

5