**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

**UNITED STATES OF AMERICA,**

**v.**                                               **Case No.  5:19-cr-68-TKW-MAL**
                                                              **5:23-cv-21-TKW-MAL**

**JOAQUIN HERRERA,**

    **Defendant.**
_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 88) and Defendant's objections (Doc. 93).  The Court reviewed the issues raised in the objections de novo under 28 U.S.C. §636(b)(1) and Fed. R. Civ. P. 72(b)(3), and based on that review, the Court agrees with the magistrate judge's determination that Defendant's §2255 motion should be denied on the merits without an evidentiary hearing and that a certificate of appealability should be denied.

Accordingly, it is **ORDERED** that:

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.    Defendant's §2255 motion (Doc. 71) is DENIED.

3.    A certificate of appealability is DENIED.

4.      The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE AND ORDERED** this 29th day of December, 2025.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**